**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH R. LORDAN, SB# 265610
  E-Mail: Joseph.Lordan@lewisbrisbois.com
SUMY KIM, SB# 290082
  E-Mail: Sumy.Kim@lewisbrisbois.com
CIARA M. DINEEN, SB# 319913
  E-Mail: Ciara.Dineen@ lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for HAMMER & STEEL, INC. and LISA GASSER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SCHRECKENGOST, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HAMMER & STEEL, INC., a Missouri corporation; LISA GASSER, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.<br><br>**DECLARATION OF LISA GASSER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**<br><br>Action Filed:   February 11, 2021<br>Trial Date:       None Set |

I, Lisa Gasser, declare as follows:

1. I am a Yard Manager for Defendant HAMMER & STEEL, INC. ("H&S") and have been employed with H&S since 2011. I have personal knowledge of the following facts, and if called upon to testify as to the matters stated herein, I could and would competently do so.

2. I am responsible for managing the equipment at H&S' yard in Benicia, CA.

3. I do not have any supervisory authority over any H&S employee. I am not authorized to hire, transfer, suspend, lay off, recall, promote, discharge, assign, reward, or discipline any H&S employee.

4832-1402-2370.1

DECLARATION OF LISA GASSER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct and that this declaration was executed on March 26, 2021, Benicia,
3   California.

_____
LISA GASSER

4832-1402-2370.1

2

DECLARATION OF LISA GASSER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

LEWIS BRISBOIS