| | |
|---|---|
| 1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>JOSEPH R. LORDAN, SB# 265610 |
| 2 | E-Mail: Joseph.Lordan@lewisbrisbois.com<br>SUMY KIM, SB# 290082 |
| 3 | E-Mail: Sumy.Kim@lewisbrisbois.com<br>CIARA M. DINEEN, SB# 319913 |
| 4 | E-Mail: Ciara.Dineen@ lewisbrisbois.com<br>333 Bush Street, Suite 1100 |
| 5 | San Francisco, California 94104-2872<br>Telephone: 415.362.2580 |
| 6 | Facsimile:  415.434.0882 |

Attorneys for HAMMER & STEEL, INC. and LISA GASSER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SCHRECKENGOST, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HAMMER & STEEL, INC., a Missouri corporation; LISA GASSER, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.<br><br>**DECLARATION OF THILINI COLDAGELLI IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**<br><br>Action Filed:   February 11, 2021<br>Trial Date:       None Set |

I, Ms. Thilini Coldagelli, CPA, declare as follows:

1. I am the Assistant Controller for Defendant HAMMER & STEEL, INC. ("H&S") and have served in that capacity since July 22, 2020. I have personal knowledge of the following facts, and if called upon to testify as to the matters stated herein, I could and would competently do so.

2. H&S is a Missouri Corporation originally formed in 1989 under its former name MVE Steel and Equipment Company, Inc.

3. On May 4, 1989, MVE Steel and Equipment Company, Inc. filed Articles of Incorporation with the state of Missouri.

4841-8138-9282.1



DECLARATION OF THILINI COLDAGELLI IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

4.	On February 28, 1994, MVE Steel and Equipment Company, Inc. filed an Amendment of Articles of Incorporation changing the entity name from MVE Steel and Equipment Company, Inc. to Hammer & Steel, Inc.

5.	H&S is still incorporated in Missouri and is an active corporation in Missouri.

6.	H&S' headquarters are located in Hazelwood, Missouri.

7.	H&S' high level officers direct, control and coordinate its operations and activities from Hazelwood, Missouri.

8.	Plaintiff JAMES SCHRECKENGOST was employed with H&S from September 4, 2018 through July 29, 2019.

9.	At the time of Plaintiff's resignation, his hourly rate was $ 20.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 26, 2021, Hazelwood, Missouri.

_____
Ms. Thilini Coldagelli, CPA