1
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JOSEPH R. LORDAN, SB# 265610
2
   Email: Joseph.Lordan@lewisbrisbois.com
SUMY KIM SB# 290082
3
   Email: Sumy.Kim@lewisbrisbois.com
CIARA M. DINEEN, SB# 319913
4
   E-Mail: Ciara.Dineen@ lewisbrisbois.com
333 Bush Street, Suite 1100
5
San Francisco, California 94104-2872
Telephone: 415.362.2580
6
Facsimile: 415.434.0882

7
Attorneys for Defendants HAMMER & STEEL,
INC. and LISA GASSER

8
                    UNITED STATES DISTRICT COURT

9
                  NORTHERN DISTRICT OF CALIFORNIA

10

11
JAMES SCHRECKENGOST, an individual,          CASE NO.
12
                 Plaintiff,                  **DECLARATION OF SUMY KIM IN**
13                                           **SUPPORT OF DEFENDANTS' NOTICE**
        vs.                                  **OF REMOVAL OF CIVIL ACTION**
14                                           **PURSUANT TO 28 U.S.C. § 1441(b)**
HAMMER & STEEL, INC., a Missouri            **(DIVERSITY)**
15
corporation; LISA GASSER, an individual;
and DOES 1-10, inclusive,
16
                 Defendants.                 Action Filed:    February 11, 2021
17                                           Trial Date:      None Set

18

19
        I, Sumy Kim, declare as follows:

20
        1.      I am an attorney at law duly admitted to practice in the State of California.  I am a

21
partner in the law firm of Lewis Brisbois Bisgaard & Smith, LLP, counsel of record for

22
Defendants HAMMER & STEEL, INC. ("H&S") and LISA GASSER ("Gasser") (collectively

23
referred to as "Defendants")in this action.  I make this Declaration in support of Defendants'

24
Notice of Removal of Action to Federal Court.  All of the information set forth herein is based on

25
my personal and firsthand knowledge or based on information or documents retained by our firm

26
in the regular course of its business operations and, if called and sworn as a witness, I could and

27
would competently testify thereto.

28
        2.      Plaintiff filed his original complaint on February 11, 2021.  A true and correct copy

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

of the Complaint is attached hereto as **Exhibit A**.

3.      The Summons and Complaint were served to H&S on February 25, 2021 via substitute service.  A true and correct copy of the current online Court docket is attached hereto as **Exhibit B.**

4.      The Summons and Complaint were served to Gasser on February 25, 2021 via personal service.  See **Exhibit B.**

5.      On March 26, 2021, Defendants answered in the State Court action.  A true and correct copy of the Answer is attached hereto as **Exhibit C.**

6.      After the filing of the Notice of Removal in the United States District Court for the Northern District of California, our office will be providing written notice of the removal to Plaintiff's counsel of record.  In addition, a copy of the Notice of Removal will be filed with the Clerk of the Court for the Solano Superior Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 29, 2021, at San Francisco, CA.

/s/ *Sumy Kim*
Sumy Kim

