EXHIBIT B

## Report Selection Criteria

**Case ID:**     FCS056063
**Docket Start Date:**
**Docket Ending Date:**

## Case Description

**Case ID:**     FCS056063 - SCHRECKENGOST, JAMES v HAMMER & STEEL; ET AL (DMS)
**Filing Date:** Thursday , February 11th, 2021
**Type:**     E - Employment
**Status:**     OPEN - INITIAL FILING

## Related Cases

No related cases were found.

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| CASE MANAGEMENT CONF ONE | 22-JUN-2021 08:30 AM | DPT 12 CRTRM 2 OLD COURTHOUSE | Fairfield | CARRINGER, CHRISTINE A |

## Case Parties

| Seq # | Assoc | Party End Date | Type | Name |
|---|---|---|---|---|
| 1 | | | JUDGE | **CARRINGER, CHRISTINE A** |
| **Address:** unavailable | | | **Aliases:** | none |
| | | | | |
| 2 | 3 | | PLAINTIFF | **SCHRECKENGOST, JAMES** |
| **Address:** unavailable | | | **Aliases:** | none |
| | | | | |
| 3 | 2 | | PLAINTIFF'S ATTORNEY | **MATHEW, ABRAHAM** |
| **Address:** unavailable | | | **Aliases:** | none |
| | | | | |
| 4 | | | DEFENDANT | **HAMMER & STEEL, INC.** |
| **Address:** unavailable | | | **Aliases:** | none |

| | | | |
|---|---|---|---|
| 5 | | DEFENDANT | **GASSER, LISA** |
| **Address:** | unavailable | **Aliases:** | none |

## Docket Entries

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 11-FEB-2021 02:40 PM | CASE COVER SHEET | SCHRECKENGOST, JAMES | |
| **Entry:** | KS | | |
| 11-FEB-2021 02:40 PM | UNLIMITED COMPLAINT | SCHRECKENGOST, JAMES | |
| **Entry:** | EMPLOYMENT KS | | |
| 11-FEB-2021 02:40 PM | SUMMONS ISSUED | SCHRECKENGOST, JAMES | |
| **Entry:** | KS | | |
| 18-FEB-2021 02:41 PM | PAYMENT | SCHRECKENGOST, JAMES | |
| **Entry:** | A Payment of -$435.00 was made on receipt CMFF397571. | | |
| 18-FEB-2021 02:49 PM | NOTICE OF CASE MANAGEMENT CONF | | |
| **Entry:** | KS | | |
| 15-MAR-2021 09:18 AM | PROOF OF SERVICE | SCHRECKENGOST, JAMES | |
| **Entry:** | NAME: LISA GASSER DOCUMENT SERVED: SUMMONS, COMPLAINT, CIVIL COVER SHEET, NOTICE OF CASE MANAGEMENT CONFERENCE DATE OF SERVICE: 2/25/2021 MANNER OF SERVICE: PERSONAL SLM | | |
| 15-MAR-2021 09:18 AM | PROOF OF SERVICE | SCHRECKENGOST, JAMES | |
| **Entry:** | NAME: HAMMER & STEEL, INC., A MISSOURI CORPORATRION DOCUMENT SERVED: SUMMONS, COMPLAINT, CIVIL COVER SHEET, NOTICE OF CASE MANAGEMENT CONFERENCE DATE OF SERVICE: 3/7/2021 MANNER OF SERVICE: SUBSTITUTED SLM | | |