**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH R. LORDAN, SB# 265610
 E-Mail: Joseph.Lordan@lewisbrisbois.com
SUMY KIM, SB# 290082
 E-Mail: Sumy.Kim@lewisbrisbois.com
CIARA M. DINEEN, SB# 319913
 E-Mail: Ciara.Dineen@ lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendants HAMMER & STEEL, INC. and LISA GASSER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SCHRECKENGOST, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HAMMER & STEEL, INC., a Missouri corporation; LISA GASSER, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND ADVERSE PARTY RE: REMOVAL TO FEDERAL COURT**<br><br>Action Filed:  February 11, 2021<br>Trial Date:   None Set |

I, Jennifer Marigmen, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 333 Bush Street, Suite 1100, San Francisco, California, which is located in the city, county and state where the mailing took place.

On Monday, March 29, 2021, I caused to be deposited in the mail at 333 Bush Street, Suite 1100, San Francisco, California, a copy of the following documents:

1. Notice to State Court and Adverse Party Re: Removal of Action to Federal Court;

2. Notice of Removal of Action to Federal Court;

3. Declaration of Sumy Kim in support of Notice of Removal Civil Action;

4840-0926-3843.1

1

CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND ADVERSE PARTY RE: REMOVAL TO FEDERAL COURT

4. Declaration of Lisa Gasser in support of Notice of Removal Civil Action;

5. Declaration of Thilini Coldagelli in support of Notice of Removal Civil Action; and

6. Civil Cover Sheet.

The above-referenced documents were served on the following:

Abraham Mathew, Esq.
Mathew & George
500 S. Grand Avenue, Suite 2050
Los Angeles, CA 90071
Telephone: (310) 478-4349
Facsimile: (310) 478-9580
E-mail: abraham@mathewandgeorge.com

*Attorneys for Plaintiff JAMES SCHREKENGOST*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 29, 2021 at San Francisco, California.

                                             */s/ Jennifer Marigmen*
                                             Jennifer Marigmen

