ABRAHAM MATHEW, SBN 181110
abraham@mathewandgeorge.com
JACOB GEORGE, SBN 213612
jacob@mathewandgeorge.com
MATHEW & GEORGE
500 South Grand Avenue, Suite 2050
Los Angeles, California 90071
Telephone:   (310) 478-4349
Fax:            (310) 478-9580

Attorneys for Plaintiff, JAMES SCHRECKENGOST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SCHRECKENGOST, an individual,<br><br>        Plaintiff,<br><br>        vs.<br><br>HAMMER & STEEL, INC., a Missouri corporation; LISA GASSER, an individual; and DOES 1 through 10,<br><br>        Defendants. | **CASE NO.: 21-CV-02177-LB**<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL OF ENTIRE COMPLAINT WITH PREJUDICE**<br><br>Honorable Laurel Beeler, Judge |

1
2
3
4
5
6
7
8
9
10
11

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Parties were able to reach a settlement agreement and signatures have now been obtained and performance of settlement terms have concluded and Plaintiff requests the Court to dismiss this action with prejudice.


                                                    Respectfully Submitted,

Dated: September 17, 2021              MATHEW & GEORGE


                                                    By: /s/Abraham Mathew/s/
                                                    Abraham Mathew, Esq.
                                                    Attorneys for Plaintiff,
                                                    James Schreckengost